

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENYATTA WILLIAMS | : CIVIL ACTION |
| | : |
| v. | : |
| | : |
| LOUIS FOLINO, et al. | : NO. 13-3757 |

## ORDER

AND NOW, this 11th day of Sept, 2014, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED AND ADOPTED;

2. The Petitioner's request that the court stay consideration of his petition (Doc. 4) is DENIED.

3. The petition for a writ of habeas corpus is DISMISSED AS UNTIMELY FILED.

4. There is <u>no</u> basis for the issuance of a certificate of appealability.

BY THE COURT:

MICHAEL M. BAYLSON, J.