IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| KENYATTA WILLIAMS<br><br>v.<br><br>LOUIS S. FOLINO | CIVIL ACTION<br><br>NO. 13-3757 |
|---|---|

**O R D E R**

**AND NOW**, this 16th day of June, 2015, in this state court habeas case, following a Report and Recommendation that the petition be dismissed as untimely (ECF 19), petitioner requested, and the Court granted, an extension to file objections by March 1, 2015 (ECF 25). As of May 13, 2015, Petitioner had not filed objections and the Court ordered Petitioner to file objections within 30 days (ECF 26). The 30-day period has passed and Petitioner still has not filed objections.

Therefore, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendations of United States Magistrate Judge Elizabeth T. Hey, **IT IS ORDERED** that:

1. The Report and Recommendation (ECF 19) is **APPROVED AND ADOPTED**;

2. The Petitioner's request that the court stay consideration of his petition (ECF 4) is **DENIED**;

3. The petition for a writ of habeas corpus is **DISMISSED AS UNTIMELY FILED**.

4. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**